IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| STEPHEN CRAIG BURNETT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-10-257-M |
| | ) | |
| DEBBIE MORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On June 10, 2010, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal constitutional rights. The Magistrate Judge recommended that plaintiff's Motion for Injunction to Prevent More Retaliation [docket no. 22] be denied; that Plaintiff's Motion for Leave to Supplement Request for Injunction to Stop Retaliation [docket no. 25] seeking only to add to the allegations contained in his original motion be granted; and that Plaintiff's Motion for Leave to Serve Plaintiff's Exhibits on Defendants' Attorneys Upon Their Filing of the Special Report [docket no. 28] be denied. The parties were advised of their right to object to the Report and Recommendation by June 29, 2010. On June 18, 2010, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court finds that plaintiff has not made a clear showing of his entitlement to a mandatory preliminary injunction. Accordingly, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 10, 2010;

(2) DENIES plaintiff's Motion for Injunction to Prevent More Retaliation [docket no. 22];

(3) GRANTS plaintiff's Motion for Leave to Supplement Request for Injunction to Stop Retaliation [docket no. 26] seeking only to add to the allegations contained in his original motion for injunction; and

(4) DENIES plaintiff's Motion for Leave to Serve Plaintiff's Exhibits on Defendants' Attorneys Upon Their Filing of the Special Report [docket no. 28].

**IT IS SO ORDERED this 1st day of July, 2010.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE